AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Roeder et. al.,

        Plaintiff(s)

vs.

The Islamic Republic of Iran

        Defendant(s)

**APPEARANCE**

CASE NUMBER

To the Clerk of this court and all parties of record:

Please enter the appearance of  **V. Thomas Lankford**  as counsel in this
                              (Attorney's Name)

case for: **Roeder et. al.,**
           (Name of party or parties)

| | |
|---|---|
| 3/19/08 | *[signature]* |
| Date | Signature |
| | V. Thomas Lankford |
| 233551 | Print Name |
| BAR IDENTIFICATION | 120 N. St. Asaph St. |
| | Address |
| | Alexandria, VA  22314 |
| | City  State  Zip Code |
| | 703-299-5000 |
| | Phone Number |