AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Roeder et. al.,

        Plaintiff(s)    )   **APPEARANCE**

        vs.    )   CASE NUMBER

The Islamic Republic of Iran

        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of **Terrance G. Reed** as counsel in this
(Attorney's Name)

case for: **Roeder et. al.,**
(Name of party or parties)

3/18/08
Date

*[Signature: Terrance G. Reed]*
Signature

367172
BAR IDENTIFICATION

Terrance G. Reed
Print Name

120 N. St. Asaph St.
Address

Alexandria, VA  22314
City    State    Zip Code

703-299-5000
Phone Number