UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID M. ROEDER, CHARLES W. )
SCOTT, DON A. SHARER, )
BARBARA B. ROSEN, and ) Case No. 1:08-cv-00487-EGS
ARIANA B. ROSEN, Individually )
    and on behalf of a class of )
    similarly situated individuals )
                           Plaintiffs, )

v. )

THE ISLAMIC REPUBLIC OF IRAN )

                           Defendant. )

## OFFER TO ARBITRATE

COMES NOW Plaintiffs named herein and pursuant to the provisions of 28 U.S.C.§1605A offer to submit the above captioned matter to arbitration in accordance with accepted international rules of arbitration. Defendant ISLAMIC REPUBLIC OF IRAN may accept this offer to arbitrate within sixty (60) days of receipt of this offer by filing with the Clerk of this Court an acceptance in lieu of filing an answer or response to the herein captioned lawsuit.

Respectfully submitted,

V. Thomas Lankford  D.C. Bar # 233551
William F. Coffield  D.C. Bar # 431126
Terrance G. Reed  D.C. Bar # 37172
Lankford, Coffield, & Reed, PLLC

Alexandria, VA 22314
120 North St. Asaph Street
Alexandria, VA 22314
(Ph) 703/299-5000
(Fax) 703/299-8876

*Counsel for Plaintiffs*

Dated: April 2, 2008

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **OFFER TO ARBITRATE** was served this 2nd day of April, 2008 via registered air mail, postage prepaid upon:

THE ISLAMIC REPUBLIC OF IRAN
Ministry of Foreign Affairs
Khomeini Avenue
United Nations Street
Tehran, Iran

V. Thomas Lankford

دادگاه ناحیه ای ایالات متحده
برای ناحیه کلمبیا

| | | |
|---|---|---|
| | ) | CHARLES W.، DAVID M. ROEDER |
| | ) | DON A. SHARER، SCOTT ، |
| شماره قضیه | ) | BARBARA B. ROSEN، و |
| قاضی: | ) | ARIANA B. ROSEN، بطور فردی |
| | ) | و از طرف گروهی از افرادی که |
| نوع برنامه دادگاهی: مدنی عمومی | ) | در موقعیت مشابه واقع میباشند |
| مهر تاریخ: | ) | |
| | ) | |
| | ) | دادخواهان، |
| | ) | |
| | ) | |
| | ) | |
| | ) | بر علیه |
| | ) | |
| | ) | جمهوری اسلامی ایران |
| | ) | |
| | ) | |
| | ) | مدافع. |
| | )_____ | |

پیشنهاد حکمیّت

در حضور دادخواهانی که در اینجا از آنها نام برده شده است، و پیرو مفاد 28 U.S.C.§1605 پیشنهاد تسلیم کردن موضوع استثنائی فوق به حکمیت، بر طبق قواعد مورد توافق بین المللی حکمیت. مدافع، جمهوری اسلامی ایران، میتواند این پیشنهاد حکمیت را در طی شصت (60) روز بعد از دریافت نمودن این پیشنهاد از طریق ثبت کردن موافقتی نزد منشی این دادگاه، بجای ثبت کردن پاسخ یا جوابی به قضیه ای که در بالا مشخص شده است قبول کند.

با احترام تسلیم شد،

V. Thomas Lankford    D.C. Bar # 233551
William F. Coffield    D.C. Bar # 431126
Terrance G. Reed      D.C. Bar # 367172
Lankford, Coffield, & Reed, PLLC
Alexandria, VA 22314

120 North St. Asaph Street
Alexandria, VA 22314
703/299-5000 (تلفن)
703/299-8876 (فکس)

وکلای دادخواهان

2008 2April

<div dir="rtl">

<u>گواهی ابلاغ</u>

اینجانب بدینوسیله گواهی میکنم که یک نسخه صحیح و درست اطلاعیه **دادخواست** فوق در تاریخ روز 2 ماه April 2008 به وسیله پست ثبت شده هوائی که هزینه پستی آن پرداخت شده بود به موارد زیر ابلاغ شد:

جمهوری اسلامی ایران
وزارت امور خارجه
خیابان خمینی
خیابان سازمان ملل
تهران، ایران

</div>

_____
V. Thomas Lankford