**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DAVID M. ROEDER,<br>CHARLES W. SCOTT,<br>DON A. SHARER,<br>BARBARA B. ROSEN and<br>ARIANA B. ROSEN<br><br>individually and on behalf of a class of similarly situated individuals<br><br>Plaintiffs,<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN<br><br>Ministry of Foreign Affairs<br>Khomeini Avenue<br>United Nations Street<br>Tehran, Iran<br><br>Defendant. | Case No. 1:08-cv-00487-EGS |

**NOTICE OF SUIT**

YOU ARE HEREBY NOTIFIED that on March 21, 2008 a suit was filed against The Islamic Republic of Iran by David M. Roeder, Charles W. Scott, Don A. Sharer, Barbara B. Rosen and Ariana B. Rosen individually and on behalf of a class of similarly situated individuals for violation of 28 U.S.C. §1605A, for Hostage Taking and Torture.

The suit seeks $600,000,000 dollars ($600,000,000) in compensatory damages, $6 billion dollars ($6,000,000,000) in punitive damages, as well as reasonable costs and expenses,

attorneys's fees, and prejudgment interest, and any further relief the Court may determine to be just and equitable. A copy of the Complaint is attached.

Dated: April 2, 2008

Respectfully submitted,

V. Thomas Lankford D.C. Bar # 233551
William Coffield D.C. Bar # 431126
Terrance G. Reed D.C. Bat # 367172
Lankford, Coffield, & Reed PLLC
120 North Saint Asaph Street
Alexandria, VA 22314
(Ph) 703/299-5000
(Fax) 703/299-8876

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **NOTICE OF SUIT** was served this 2nd day of April, 2008 via registered air mail, postage prepaid upon:

THE ISLAMIC REPUBLIC OF IRAN
Ministry of Foreign Affairs
Khomeini Avenue
United Nations Street
Tehran, Iran

and registered mail, postage prepaid upon:

The Honorable Condoleezza Rice
Secretary of State
United States Department of State
518 23rd Street, N.W.
Washington, D.C. 20520

V. Thomas Lankford

**دادگاه ناحیه ای ایالات متحده**
**برای ناحیه کلمبیا**

| | |
|---|---|
| CHARLES W.،DAVID M. ROEDER<br>، DON A. SHARER،SCOTT<br>BARBARA B. ROSEN، و<br>ARIANA B. ROSEN، بطور فردی<br>و از طرف گروهی از افرادی که<br>در موقعیت مشابه واقع میباشند<br><br>دادخواهان،<br><br>بر علیه<br><br>جمهوری اسلامی ایران<br>وزارت امور خارجه<br>خیابان خمینی<br>خیابان سازمان ملل<br>تهران، ایران<br>مدافع. | شماره قضیه<br>قاضی:<br><br>نوع برنامه دادگاهی: مدنی عمومی<br>مهر تاریخ: |

**اطلاعیه دادخواست**

بدینوسیله به شما اطلاع داده میشود که در تاریخ 21 مارس 2008 دادخواستی بر علیه جمهوری اسلامی ایران توسط David M. Roeder ، Charles W. Scott ، Don A. Sharer ، Barbara B. Rosen و Ariana B. Rosen بطور فردی و از طرف گروهی از افرادی که در موقعیت مشابهی واقع میباشند، برای نقض 28 U.S.C. §1605A به علت گروگان گرفتن و شکنجه به ثبت رسیده است.

این دادخواست، مبلغ 600,000,000$ دلار (600,000,000$) برای غرامات جبرانی، 6$ ملیارد دلار (6,000,000,000$) برای غرامات تنبیهی تقاضا کرده است، به اضافه هزینه ها و مخارج معقول، حق الزحمه های وکلاء، و بهره قبل از صدور قضاوت، و هر گونه تسکین دیگری که این دادگاه ممکن است آنرا عادلانه و معقول بداند.

2008 2April

با احترام تسلیم شد،

V. Thomas Lankford D.C. Bar # 233551
William F. Coffield D.C. Bar # 431126
Terrance G. Reed D.C. Bar # 367172
Lankford, Coffield, & Reed, PLLC
Alexandria, VA 22314
120 North St. Asaph Street
Alexandria, VA 22314
703/299-5000 (تلفن)
703/299-8876 (فکس)

وکلای دادخواهان