United States District Court
for the District of Columbia
Washington, D.C. 20001

Chambers of
Emmet G. Sullivan
United States District Judge

(202) 354-3260

April 11, 2008

John B. Bellinger, III
Legal Advisor
United States Department of State
2201 C Street, N.W.
Washington, D.C. 20520

Re: Roeder, *et al.* v. Islamic Republic of Iran
Civil Action No. 08-0487 (EGS)
United States District Court for the District of Columbia

Dear Mr. Bellinger:

I am presiding over a lawsuit pending in the United States District Court for the District of Columbia against the Islamic Republic of Iran. The lawsuit was filed by individuals seeking damages arising from the November 1979 seizure of hostages from the American Embassy and from the Foreign Ministry in Iran. Previously, plaintiffs brought these claims before this Court in *Roeder, et al. v. Islamic Republic of Iran*, 00-3110. On the eve of trial in the previous action, the United States filed a motion to intervene and a motion to dismiss the case, both of which the Court granted.

The Court invites the Department of State to file a Statement of Interest in the present case, if appropriate, pursuant to 28 U.S.C. § 517. A copy of any such response should also be sent to plaintiffs' counsel. If the Department of State would like to file a Statement of Interest, the Court would appreciate a response by June 14, 2008. A copy of the complaint is enclosed for your review, as is the Court's April 18, 2002 Opinion dismissing *Roeder, et al. v. Islamic Republic of Iran*, 00-3110 and the opinion rendered by the United States Court of Appeals for the District of Columbia Circuit affirming this Court's decision.

Sincerely,

Emmet G. Sullivan

Enclosures

cc: William F. Coffield, IV, Esq., via electronic case filing (ECF)
Terrance G. Reed, Esq., via ECF
Vernon T. Lankford, Esq., via ECF
James Jordan Gilligan, Esq., encl.