UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID M. ROEDER, CHARLES W. SCOTT, DON A. SHARER, BARBARA B. ROSEN and ARIANA B. ROSEN,<br><br>*individually and on behalf of a class of similarly situated individuals,*<br><br>*Plaintiffs*,<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN,<br><br>*Defendant*. | Civil Action No.  1:08-cv-00487-EGS |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of George J. Terwilliger III as co-counsel in this case for Plaintiffs David M. Roeder, Charles W. Scott, Don A. Sharer, Barbara B. Rosen, and Ariana B. Rosen, individually and as representatives of a class of similarly situated individuals.  I certify that I am a member of the bar for the United States District Court for the District of Columbia.

Dated: June 11, 2008                              Respectfully submitted,

**WHITE & CASE** LLP

/s/ George J. Terwilliger III
George J. Terwilliger III (D.C. Bar No. 956532)
701 Thirteenth Street, N.W.
Washington, DC  20005
Tel.:  (202) 626-3600
Fax:  (202) 639-9355

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2008, a copy of the foregoing Notice of Appearance was served upon the following parties via the Electronic Case Filing ("ECF") system:

William Francis Coffield, IV
Lankford, Coffield & Reed, PLLC
120 North Saint Asaph Street
Alexandria, VA 22314

Terrance G. Reed
Lankford, Coffield & Reed, PLLC
120 North Saint Asaph Street
Alexandria, VA 22314

Vernon T. Lankford
Lankford, Coffield & Reed, PLLC
120 North Saint Asaph Street
Alexandria, VA 22314

*Counsel for Plaintiffs*

/s/ George J. Terwilliger III
George J. Terwilliger III