# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| DAVID M. ROEDER, CHARLES W. SCOTT, DON A. SHARER, BARBARA B. ROSEN and ARIANA B. ROSEN,<br><br>*individually and on behalf of a class of similarly situated individuals,*<br><br>*Plaintiffs*,<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN,<br><br>*Defendant*. | Civil Action No.  1:08-cv-00487-EGS |

## MOTION OF
## DANIEL B. LEVIN FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.2(d) of the Local Rules of this Court, Daniel B. Levin, by undersigned sponsoring counsel, moves the Court for permission to appear *pro hac vice* in the above-captioned case.  In support of this motion, Mr. Levin provides the attached declaration.

Dated:  June 11, 2008                                        **WHITE & CASE** LLP

/s/ George J. Terwilliger III
George J. Terwilliger III (D.C. Bar No. 956532)
701 Thirteenth Street, N.W.
Washington, DC  20005
Tel.:  (202) 626-3600
Fax:  (202) 639-9355

**CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2008, a copy of the foregoing Notice of Appearance was served upon the following parties via the Electronic Case Filing ("ECF") system:

William Francis Coffield, IV
Lankford, Coffield & Reed, PLLC
120 North Saint Asaph Street
Alexandria, VA 22314

Terrance G. Reed
Lankford, Coffield & Reed, PLLC
120 North Saint Asaph Street
Alexandria, VA 22314

Vernon T. Lankford
Lankford, Coffield & Reed, PLLC
120 North Saint Asaph Street
Alexandria, VA 22314

*Counsel for Plaintiffs*

/s/ George J. Terwilliger III
George J. Terwilliger III

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DAVID M. ROEDER, CHARLES W. SCOTT, DON A. SHARER, BARBARA B. ROSEN and ARIANA B. ROSEN, *individually and on behalf of a class of similarly situated individuals*, <br><br>*Plaintiffs*, <br><br>v. <br><br>THE ISLAMIC REPUBLIC OF IRAN, <br><br>*Defendant*. | Civil Action No. 1:08-cv-00487-EGS |

## DECLARATION OF DANIEL B. LEVIN

I, Daniel B. Levin ("Applicant"), hereby declare under penalty of perjury to the following:

1. <u>Request for Admission</u>: Applicant is a partner in the law firm White & Case LLP and requests permission to participate in this action as co-counsel for Daniel M. Roeder, Charles W. Scott, Don A. Sharer, Barbara B. Rosen, and Ariana B. Rosen, individually and as representatives of similarly situated individuals (collectively the "Plaintiffs").

2. <u>Name and Address of Applicant's Law Firm</u>:

>   White & Case LLP
>   701 Thirteenth Street, NW
>   Washington, DC 20005
>   Tel.:   (202) 626-3600
>   Fax.:  (202) 639-9355

3. <u>Bar Admissions</u>: Applicant is a member of the Bars of California, New York, and the District of Columbia.

4. <u>Certification of Good Standing</u>: Applicant certifies that he has not been disbarred, censured, or disciplined by any court of record or state bar association. There are no pending disciplinary proceedings against Applicant.

5. <u>Previous Appearances in this Court</u>: Applicant has not been admitted *pro hac vice* in this Court within the last two years.

6. <u>District Practice and Membership</u>: Applicant practices law from an office within the District of Columbia, and is an active member in good standing of the District of Columbia Bar.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 11th day of June, 2008.

/s/ Daniel B. Levin
Daniel B. Levin (D.C. Bar No. 425985)
701 Thirteenth Street, N.W.
Washington, DC  20005
Tel.:  (202) 626-3600
Fax:  (202) 639-9355

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID M. ROEDER, CHARLES W. SCOTT, DON A. SHARER, BARBARA B. ROSEN and ARIANA B. ROSEN,<br><br>*individually and on behalf of a class of similarly situated individuals,*<br><br>*Plaintiffs*,<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN,<br><br>*Defendant*. | Civil Action No. 1:08-cv-00487-EGS |

## PROPOSED ORDER

Upon consideration of the Motion of Daniel B. Levin for Admission *Pro Hac Vice* made pursuant to Rule 83.2(d) of the Local Rules of this Court and the supporting declarations, it is hereby

ORDERED that the motion be and hereby is GRANTED.

Dated:_____          _____
                                                                          Honorable Emmet G. Sullivan
                                                                          United States District Judge