UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID M. ROEDER, et al.,     ) <br>     ) <br>   Plaintiffs,     ) <br>     ) <br> v.     ) <br>     ) <br> THE ISLAMIC REPUBLIC OF IRAN,     ) <br>     ) <br>   Defendant.     ) <br>     ) <br> _____ ) | Civil Action No. 08-0487 (EGS) <br> Judge: Emmet G. Sullivan |

REPORT OF UNITED STATES

The United States, by and through undersigned counsel, hereby respectfully provides this interim response to the Court's invitation to the United States Department of State to file a Statement of Interest, if appropriate, in this case. The Court extended this invitation in an April 11, 2008 letter, and indicated that it would appreciate a response by June 14, 2008. To the United States' knowledge, no return of service has been filed in this case, and it therefore appears that service on defendant has not been perfected. See 28 U.S.C. § 1608. Consequently, it is unclear at this stage whether the case will even proceed and on what grounds. If the case does proceed, the United States may well have an interest in participating in this litigation, once it becomes clear what issues will be presented. Accordingly, the United States intends to continue to monitor this matter and to consider what, if any, participation by the United States may be appropriate. The United States appreciates the Court's invitation, and will promptly advise the Court upon any determination to participate should such participation be appropriate in any further proceedings in this matter.

Respectfully submitted,

<div style="margin-left:40%">

GREGORY G. KATSAS
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

VINCENT M. GARVEY
Deputy Branch Director

**/s/ Lisa A. Olson**
 LISA A. OLSON (D.C. Bar #38266)
U.S. Department of Justice
20 Mass. Ave., N.W., Room 7300
Washington, D.C. 20530
Telephone: (202) 514-5633
Telefacsimile: (202) 616-8470
E-mail: lisa.olson@usdoj.gov
Counsel for United States

</div>

Dated: June 13, 2008