# LANKFORD, COFFIELD & REED, P.L.L.C.

120 North Saint Asaph Street
Alexandria, Virginia 22314

Telephone: (703) 299-5000     FACSIMILE: (703) 299-8876

V. Thomas Lankford, Jr.
Terrance G. Reed
William F. Coffield
Robert K. Moir

601 Pennsylvania Avenue, N.W.
Suite 900, South Building
Washington, D.C. 20004

June 27, 2008

Office of the Clerk
Attn: Ms. Jackie Francis
United States District Court
  for the District of Columbia
United States Courthouse
333 Constitution Ave., N.W.
Washington, D.C.  20001

    re:    Request for Service of Process on Defendant the Islamic Republic of Iran in *Roeder et. al. v. The Islamic Republic of Iran* Civil Action No. 1:08-0487 (EGS)

Dear Ms. Francis:

    In connection with the above captioned case, we are writing to request that you take the necessary steps, pursuant to 28 U.S.C. § 1608(a)(4), to effect service in this matter through diplomatic channels on the Defendant, the Islamic Republic of Iran.

    We cannot effect service with under 28 U.S.C. §1608(a)(1) or (2) because Defendant and the United States do not have diplomatic ties, and no special arrangements exist between the plaintiff and defendant. *Abur v. Republic of Sudan,* 437 F. Supp. 2d 166, 172 (D.D.C. 2006)(no special arrangement exists for service with Iran under § 1608(a)(1); Iran is not a party to an international convention on service of judicial documents, under § 1608(a)(2)).  We served Iran under 28 U.S.C. § 1608(a)(3) by registered mail but our service was returned on June 17, 2008, more than thirty (30) days from time of mailing. (Attachment 1).

    According to the United States District Court for the District of Columbia's Attorney Manual for Service on a Foreign Defendant p. 4, ¶ f (March 2007):

> The countries of Iran and Iraq have not objected to service by mail.  However, many attempts at service by mail or courier are unsuccessful.  Therefore, it is okay for an attorney to request service directly through diplomatic channels (28 U.S.C. § 1608(a)(4)) without attempting service under any other provision first.

1

We request, pursuant to 28 U.S.C. § 1608(a)(4), the Clerk effect service through diplomatic channels by service of two copies of the summons, complaint, notice of suit, foreign sovereign immunities act, and offer to arbitrate together with their translations into Farsi, the official language of Iran, "by any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court to the Secretary of State in Washington, District of Columbia to the attention of the Director of Special Consular Services." We have been told by Mr. William Fritzlen of the State Department that the Department of State will attempt to effect service if we deliver the enclosed documents directly to him. We have attached two sets of copies of such documents for this purpose. Upon receipt, the Secretary of State need then take steps to effect service through diplomatic channels.

Due to delays in regular mail to the Department of State, we will courier these documents between the Courthouse and the Department of State.

Respectfully submitted,

*(signature)*

V. Thomas Lankford D.C. Bar # 233551
William Coffield D.C. Bar # 431126
Terrance G. Reed D.C. Bat # 367172
Lankford, Coffield, & Reed PLLC
120 North Saint Asaph Street
Alexandria, VA 22314
(Ph) 703/299-5000
(Fax) 703/299-8876

*Counsel for Plaintiffs*



Customer Copy

```
********************************************
********************************************
         YOUR OPINION COUNTS

      TELL US ABOUT YOUR RECENT
          POSTAL EXPERIENCE

      Go to: http://gx.gallup.com/pos

        HELP US SERVE YOU BETTER
********************************************
********************************************
          Thank you for your business.
          Refunds for guaranteed services only.
          All sales final on stamps and postage.

          Clerk: 03
          Bill#: 1000302374672

     For other information call 1-800-ASK-USPS.
     to print shipping labels with postage.
     1-800-Stamp24.  Go to USPS.com/clickship
     Order stamps at USPS.com/shop or call

     23 9033200075 4454707377
                  Transaction #:    78
                  Approval #:       501280
                  Account #:        XXXXXXXXXXXXX1432
     $25.95       Amex
                  Paid by:

     $25.95       Total:

     $6.45        Issue PVI:
     ========
                  Label #:  70060100000304893805
     $2.65        Certified
     $2.15        Return Rcpt (Green Card)
                  Large Env
                  5.20 oz.
     $1.65        Zone-1 First-class
                  WASHINGTON DC  20520

     $19.50       Issue PVI:
     ========
                  Label #:  RR754422575US
     $0.00        Article Value :
     $0.00        Insured Value :
     $10.15       Registered
     $2.15        Return Receipt
                  7.40 oz.
                  Int'l
     $7.20        Iran - First-Class

     Product      Qty    Unit     Final
     Description         Sale     Price
                         Price

                Sales Receipt
     GEORGE MASON DETACHED UNIT
     ALEXANDRIA, Virginia
                  2232099898
                  516543010G - 0097
     04/02/2008   (800)275-8777     04:02:56 PM
```

Registered No. RR754422575US

| | | |
|---|---|---|
| Reg. Fee | $10.15 | |
| Handling Charge | $0.00 | Return Receipt $2.15 |
| Postage | $7.20 | Restricted Delivery $0.00 |

Received by

Customer Must Declare Full Value $ $0.00

☐ With Postal Insurance
☐ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

Date Stamp: ALEXANDRIA VA 22320 / APR -2 2008 / GEORGE MASON 0106 03

OFFICIAL USE

FROM: Mitchell J. Matorin
130 N. St. Dana St.
Natick, MA 

TO: [handwritten addressee in Tehran, Iran]

Receipt for Registered Mail
Copy 1 - Customer (See Information on Reverse)
PS Form 3806, May 2004 (7530-02-000-9051)
For domestic delivery information, visit our website at www.usps.com ®

To Be Completed By Customer (Please Print)
All Entries Must Be in Ballpoint or Typed

To Be Completed By Post Office