AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | |
| NAME OF SERVER (PRINT) Robert K. Moir | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): *See Attached Affidavit* Defendant was served by US Mail Return Reciept Requested in accordance with 28 USC 1608

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/24/08
                  Date

Signature of Server

120 N. St. Asaph St.
Alexandria, VA 22314
Address of Server
703 299 5000

Roeder et al v.
the Islamic Republic of Iran

Case No.: 1:08-cv-487 (EGS)

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID M. ROEDER et. al., )
) Case No. 1:08-cv-00487-EGS
       Plaintiffs, )
)
v. )
)
THE ISLAMIC REPUBLIC OF IRAN )
       Defendant. )
)

**AFFIDAVIT OF ROBERT K. MOIR**

I, ROBERT K. MOIR, ESQ., on my oath, depose and state as follows:

1. My name is Robert K. Moir. I am over twenty-one years of age and have personal knowledge of the facts set forth in this affidavit.

2. I am an attorney in the law firm of Lankford, Coffield & Reed PLLC located in the City of Alexandria, Virginia. I am a member in good standing of the Bar of the Commonwealth of Virginia.

3. On March 21, 2008, the above captioned case was filed. The Clerk gave oral permission for me to attempt to serve the Complaint and Summons by mail.

4. On March 24, 2008, the Clerk of the Court issued a Summons in the above captioned case.

5. On April 2, 2008, I mailed two copies of the Complaint, Summons (requiring a response within 60 days), Notice of Suit and Offer to Arbitrate (as required by §1605(a)(7)(B)) in both English and Farsi, the national language of Iran, through the US Postal Service First Class Mail, Return Receipt Requested, Registered care of the Ministry of Foreign Affairs in Tehran, Iran (Attachment 1).

6. On April 14, 2008, I mailed copies of the Complaint, Summons (requiring a response within 60 days), Notice of Suit and Offer to Arbitrate (as required by §1605(a)(7)(B)) in both English and Farsi, the national language of Iran, by US Postal Service Priority Class, Return Receipt Requested care of the Ministry of Foreign in Tehran, Iran (Attachment 2).

7. Both packages were returned to me at our offices unopened on June 24 and June 28, 2008 respectfully.

8. Subsequently, on July 15, 2008, I had delivered by Federal Express copies of the Complaint, Summons (requiring a response within 60 days), Notice of Suit and Offer to Arbitrate (as required by §1605(a)(7)(B)) in both English and Farsi, the national language of Iran, to Mr. William Fritzlen, Office of Policy and Interagency Liaisons, Department of State, SA-29 Fourth Floor, 2100 Pennsylvania Ave, N.W., Washington, D.C. 20037 (Attachment 3). Mr. Fritzlen is

the Department of State official tasked with diplomatic service under § 1608(a)(4). As of this date, there has been no return of service from the Department of State.

Executed this 24th day of July, 2008, in the City of Alexandria, Commonwealth of Virginia.

_____
Robert K. Moir

City of Alexandria,

Commonwealth of Virginia

The foregoing instrument was acknowledged before me this 24th day of July, 2008 by Robert K. Moir.

_____
Notary Public

My Commission Expires: 11/30/08

Lynne Weigle-Snow
Notary Public
Commonwealth of Virginia
NP04001291
My Comm. Exp. 11/30/08

3

The Islamic Republic of Iran
Ministry of Foreign Affairs
Khomeni Avenue
United Nations Street
Tehran IRAN

RETURN RECEIPT
REQUESTED

REGISTERED MAIL
RR 754 422 575 US

AIR MAIL
PAR AVION

NOT ACCEPTABLE!

$19.50





FedEx US Airbill — Sender's Copy

1. From
Date: 7/14/09
Sender's FedEx Account Number: 2291-2879-5
Sender's Name: Robert K. Moir
Phone: (703) 370-2634
Company: Lankford, Coffield + Reed PLLC
Address: 120 N. St. Asaph St.
City: Alexandria   State: VA   ZIP: 22314

2. Your Internal Billing Reference

3. To
Recipient's Name: Mr. William Fritzlen
Phone: (202) 736-9115
Company: DOS Office of Policy & Interagency Liaisons
Address: SA-29 9th floor
Address: 2100 Pennsylvania Av NW
City: Washington   State: DC   ZIP: 20037

FedEx Tracking Number: 8604 0693 6745

4a. Express Package Service: FedEx Standard Overnight
5. Packaging: FedEx Pak
7. Payment: Sender

Track Shipments/FedEx Kinko's Orders
## Detailed Results

❓ Quick Help

| | |
|---|---|
| **Tracking number** | 860406936745 |
| **Signed for by** | C.TRUITT |
| **Ship date** | Jul 14, 2008 |
| **Delivery date** | Jul 15, 2008 9:44 AM |
| **Status** | Delivered |
| **Signature image available** | Yes |

| | | |
|---|---|---|
| **Delivered to** | | Receptionist/Front Desk |
| **Service type** | | Standard Envelope |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jul 15, 2008 | 9:44 AM | Delivered | | |
| | 8:48 AM | On FedEx vehicle for delivery | WASHINGTON, DC | |
| | 7:50 AM | At local FedEx facility | WASHINGTON, DC | |
| Jul 14, 2008 | 11:02 PM | At dest sort facility | DULLES, VA | |
| | 9:35 PM | Left FedEx origin facility | ALEXANDRIA, VA | |
| | 7:28 PM | Picked up | ALEXANDRIA, VA | |

Signature proof | E-mail results | Track more shipments/orders

Subscribe to tracking updates (optional)

Your name: | Your e-mail address:

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |

**Select format:** ⦿ HTML ◯ Text ◯ Wireless

**Add personal message:**
Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions

Submit

http://www.fedex.com/Tracking/Detail?ftc_start_url=&totalPieceNum=&backTo=&template_type=...    7/22/2008